## Ex Parte Rolón.

Apelación procedente de la Corte de Distrito de Mayagüez.

No. 30.—Resuelto en Junio 22, 1905.

Habeas Corpus.—Cumplimiento de sentencia.—Mandamiento de prisión.—La detención de un prisionero en cumplimiento de sentencia dictada contra él, debe estar justificada con una copia certificada de la sentencia original, según el art. 327 del Código de Enjuiciamiento Criminal, y el incumplimiento de este precepto produce la nulidad del mandamiento, por carecer de requisito esencial, y procede la excarcelación del prisionero en un procedimiento de *habeas corpus.*

Los hechos están expresados en la opinión.

Abogado del apelado: *Sr. Rossy, Fiscal.*

La parte apelante no compareció.

EL JUEZ ASOCIADO SR. FIGUERAS, emitió la opinión del tribunal.

La presente es una apelación procedente de la Corte de Distrito de Mayagüez, desestimando la petición de auto de *habeas corpus* del apelante Pablo Rolón, que se encuentra preso en la cárcel de Ponce.

El apelante alega que su prisión es ilegal, porque no se ajusta á la prescripción del artículo 327 del Código de Enjuiciamiento Criminal.

La resolución apelada, que es de 11 de mayo último, niega la excarcelación del preso, pero ordena al Alcaide de la cárcel "subsanar la omisión que se advierte de no haber remitido el Juez Municipal de Coamo una copia de la sentencia dictada en el juicio que se siguió contra el solicitante."

Claramente se ve que la prisión es ilegal, porque en la orden para llevarla á efecto, no se cumplió con el artículo 327 ya citado. Sus términos exigen terminantemente una copia certificada de la sentencia, y por las razones expuestas en las opiniones de esta Corte, en los casos de *Ex parte Justo Aranzamendi* de fecha 18 de mayo de 1905 y *Ex parte José Gregorio Torres,* de 24 del mismo mes y año, procede que se revoque la resolución apelada, quedando en libertad definitiva Pablo Rolón, á reserva de que pueda ser reducido á prisión por la Corte Municipal de Coamo, mediante copia certificada de la sentencia que motivaba la prisión, y cancélese, si se prestó, la fianza para disfrutar de libertad durante la tramitación del recurso.

*Revocada.*

Jueces concurrentes: Sres. Presidente Quiñones y Asociados, Hernández y MacLeary.

El Juez Asociado Sr. Wolf, no intervino en la resolución de este caso.